FILED

SEP 21 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR3862-DMS |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| CARLA PATRICIA PIMENTEL, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, upon motion by the United States, that the information in the above-captioned case is dismissed without prejudice. This order is entered in the interest of justice.

**SO ORDERED.**

Dated: 9-21-18

HONORABLE DANA M. SABRAW
United States District Judge