FILED
NOV 21 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLA LETICIA PIMENTEL,<br><br>Defendant. | Criminal Case No. 17-CR-3862-DMS<br><br>**AMENDED ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED,** upon motion by the United States, that the information in the above-captioned case is dismissed without prejudice. This order is entered in the interest of justice.

**SO ORDERED.**

DATED  11-21-18

HON. DANA M. SABRAW
U.S. DISTRICT JUDGE